# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL T. GILLESPIE AND

SHEILA GILLESPIE

vs

UNITED STATES OF AMERICA

FILED
07 NOV 19 PM 2:47
CLERK
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2201 BEN NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THOMAS J. MASSEY
1769 Via Napoli
Fallbrook, California 92028

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

NOV 1 9 2007

CLERK                                                    DATE

By ___C. HOFFMANN___, Deputy Clerk

Summons in a Civil Action

CR