**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL T. GILLESPIE and SHEILA GILLESPIE, <br><br>　　　　　　　　　Plaintiff, <br>v. <br><br>UNITED STATES OF AMERICA; DOES 1-20, inclusive, <br><br>　　　　　　　　　Defendants. | Civil No.07cv2201 BEN (NLS) <br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

　　　On February 20, 2008, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

　　　1.　　Counsel are ordered to appear **telephonically** on *April 4, 2008 at 9:30 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

　　　2.　　The Rule 26(f) conference shall be completed on or before *March 14, 2008*.

　　　3.　　A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before *March 24, 2008*. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

　　　4.　　The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *March 28, 2008*.

1  Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case hereafter.
2  Each responsible attorney of record and all parties representing themselves shall participate in the
3  conference.  Represented parties need not participate.
4  Failure of any counsel or party to comply with this order will result in sanctions.
5  **IT IS SO ORDERED.**
6  DATED:  February 20, 2008

   _[signature]_
   Hon. Nita L. Stormes
   U.S. Magistrate Judge