# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL T. GILLESPIE and SHEILA GILLESPIE,<br><br>  Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA; DOES 1-20, inclusive,<br><br>  Defendants. | Civil No.07cv2201 BEN (NLS)<br><br>**RULE 26(C) PROTECTIVE ORDER REGARDING THE TAKING OF DEPOSITIONS** |

For good cause shown in the joint written discovery plan lodged with the Court, all Southern California depositions shall take place at the Federal Building, 880 Front Street, San Diego, California 92101. Defendant's attorney, Assistant United States Attorney Steve Poliakoff, shall make the necessary arrangements for conference rooms for all the depositions. For the depositions of the Plaintiffs, defendant United States of America shall pay the parking fees and mileage for Plaintiffs' attorney Thomas Massey, and for plaintiffs Darryl Gillespie and Sheila Gillespie.

**IT IS SO ORDERED.**

DATED: April 4, 2008

*Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge