1  KAREN P. HEWITT
    United States Attorney
2  STEVEN J. POLIAKOFF
    Assistant U.S. Attorney,
3  California Bar No. 188231
    United States Attorney's Office
4  Federal Office Building
    880 Front Street, Room 6293
5  San Diego, California 92101-8893
    Telephone: (619) 557-7117
6  FACSIMILE Number: (619) 557-5004
    Email: Steve.Poliakoff@usdoj.gov
7
    Attorneys for Defendant United States of America
8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  DARRYL T. GILLESPIE and<br>SHEILA GILLESPIE<br>12<br>    Plaintiffs,<br>13<br>    v.<br>14<br>UNITED STATES OF AMERICA;<br>15  DOES 1 - 20. INCLUSIVE,<br>16    Defendants.<br>17 | Civil No. 07 CV 2201 BEN (NLS)<br><br><br><br>JOINT MOTION FOR DISMISSAL<br>WITH PREJUDICE |

18     The parties to this action, through their designated counsel, jointly move that the above-

19  captioned case be dismissed in its entirety with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal

20  Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs of suit.

21     Based upon the foregoing, it is respectfully requested that the Court enter an order

22  requiring the same.

23  DATED: April 28, 2008                    s/ Thomas J. Massey
                                              Attorney for Plaintiffs
24                                            Email: TomMassey777@yahoo.com

25     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures

26  of the United States District Court for the Southern District of California, I certify that the content of

27  / /

28  / /

1 | this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization from
2 | Thomas J. Massey to affix his electronic signature to this document.

4 | DATED: April 28, 2008        KAREN P. HEWITT
                                 United States Attorney

6 |                              s/ Steven J. Poliakoff

7 |                              STEVEN J. POLIAKOFF
                                 Assistant U.S. Attorney

                                 Attorneys for Defendant
                                 United States of America
                                 Email: steve.poliakoff@usdoj.gov