FILED
08 APR 28 PM 4:37
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL T. GILLESPIE and <br> SHEILA GILLESPIE <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; <br> DOES 1 - 20. INCLUSIVE, <br><br> Defendants. | Civil No. 07 CV 2201 BEN (NLS) <br><br><br> ORDER OF DISMISSAL <br> WITH PREJUDICE |

On April 28, 2008, the parties filed a Joint Motion for Dismissal with Prejudice. For good cause shown, the Court dismisses the above-captioned action in its entirety, WITH PREJUDICE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs of this suit.

DATED: 4/28/08

_____
ROGER T. BENITEZ
U.S. District Judge